David J. Lujan
LUJAN & WOLFF LLP
300 DNA Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone    (671) 477-8064
Facsimile    (671) 477-5297

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| BINASTO EDMUND and SINIA Y. EDMUND, <br><br> Plaintiffs <br><br> v. <br><br> GUAM & GUAM INC., doing business as PACIFIC ISLANDS CLUB, <br><br> Defendant. | Civil Action CV 15-00029 <br><br> NOTICE OF PARTIES SETTLEMENT OF ACTION |

Counsel for parties have agreed to settle the claim of Plaintiff Binasto Edmund. Counsel for the parties will submit a stipulation requestng the Court to dismiss the action once the forms documenting the settlement are completed. The Settlement Conferece set for May 18, 2017, may be taken off calendar.

April 25, 2017.

_____
David J. Lujan,
*Counsel for Plaintiff*