**MICHAEL A. PANGELINAN, ESQ.**
**GENEVIEVE P. RAPADAS, ESQ.**
**DANA A. GUTIERREZ, ESQ.**
**CALVO FISHER & JACOB LLP**
Attorneys at Law
259 Martyr Street, Suite100
Hagåtña, Guam 96910
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

*Attorneys for Defendant*
Guam and Guam, Inc. dba Pacific Islands Club

# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| BINASTO EDMUND,<br><br>        Plaintiff,<br><br>vs.<br><br>GUAM AND GUAM, INC., formerly known as INTERPACIFIC RESORTS CORPORATION and doing business as PACIFIC ISLANDS CLUB,<br><br>        Defendant. | CIVIL CASE NO. 15-00029<br><br>**ORDER APPROVING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

  Before the court is the parties' Stipulation for Dismissal with Prejudice. *See* ECF No. 54. Said stipulation is hereby **APPROVED**. As stipulated to by the parties, the above-captioned matter is hereby **DISMISSED** with prejudice. The Court shall retain jurisdiction to enforce the confidential settlement agreement that was entered into by the parties.

  **SO ORDERED.**



               **/s/ Frances M. Tydingco-Gatewood**
                 **Chief Judge**
               **Dated: May 11, 2017**

1